<div style="margin-left: sidebar">

**Longabaugh Law Offices**
2245C Renaissance Drive, Las Vegas, Nevada 89119
Phone: (702) 967-6800   Fax: (702) 967-6789

</div>



| | |
|---|---|
| **LONGABAUGH LAW OFFICES** | **E-FILED: 11/17/2009** |

MARVIN L. LONGABAUGH, ESQ.
Nevada Bar No. 7795
2245C Renaissance Drive
Las Vegas, NV 89119
Phone: (702) 967-6800
Fax:    (702) 967-6789
mlongabaugh@longabaughlaw.com
Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br><br>JANICE GREITEN<br><br><br><br>Debtor(s) | In Bankruptcy<br>BKS-09-27385-LBR<br>Chapter 7<br><br>**CHANGE OF ADDRESS<br>OF DEBTOR WITH<br>CERTIFICATE OF SERVICE** |

DEBTOR(S), JANICE GREITEN, hereby submits to the Court her new address:

**CHANGE OF ADDRESS:**
7385 Mission Hills Drive
Las Vegas, NV 89113

DATED this 17th day of November, 2009.

        Submitted by:
        LONGABAUGH LAW OFFICES

        By:    /s/ MARVIN L. LONGABAUGH
                  MARVIN L. LONGABAUGH, ESQ.
                  Nevada Bar No. 7795
                  2245C Renaissance Drive
                  Las Vegas, NV 89119
                  Attorney for Debtor(s)



## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 17th day of November, 2009, I mailed a true and correct copy of the **CHANGE OF ADDRESS OF DEBTOR WITH CERTIFICATE OF SERVICE** filed on November 17, 2009 to all parties listed below:

JOSEPH B. ATKINS
BANKRUPTCY PANEL TRUSTEE
5030 PARADISE RD., STE. B-215
LAS VEGAS, NV 89119

/s/ Cizon Sauceda
An Employee of Longabaugh Law Offices

**Longabaugh Law Offices**
2245C Renaissance Drive, Las Vegas, Nevada 89119
Phone: (702) 967-6800    Fax: (702) 967-6789