

**Entered on Docket
February 08, 2010**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

_____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

and

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Wells Fargo Bank, N.A.
09-77945

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-27385-lbr |
| Janice Lynn Greiten | Date: 12/30/09<br>Time: 10:00 am |
| | Chapter 7 |
| Debtor. | |

**ORDER VACATING AUTOMATIC STAY**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor Wells Fargo Bank, N.A., its assignees and/or successors in interest, of the subject property, generally described as 9580 W. Reno Ave., Las Vegas, NV 89148, and legally described as follows:

PARCEL I (COMMON AREA):
ONE (1) ALLOCATED INTEREST AS TENANTS-IN-COMMON IN AND TO THE COMMON AREA OF EACH PHASE OF FINAL MAP OF AMBER HILLS IIB, A COMMON INTEREST CONDOMINIUM DEVELOPMENT, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 114 OF PLATS, PAGE 41 IN THE OFFICE OF THE COUNTY RECORDER, CLARK COUNTY, NEVADA. SAID ALLOCATED INTEREST TO BE A FRACTION, THE NUMERATOR OF WHICH SHALL BE ONE (1), AND THE DENOMINATOR WHICH SHALL BE THE NUMBER OF UNITS IN THE COMMUNITY WHICH SHALL BECOME SUBJECT TO THE DECLARATION OF RESTRICTIONS RECORDED APRIL 12, 2002 IN BOOK 20020412 AS DOCUMENT NO. 01791, OFFICIAL RECORDS.

EXCEPTING THEREFROM ALL UNITS AND BUILDINGS LOCATED WITHIN THE ABOVE REFERENCED PLAT.

RESERVING THEREFROM THE RIGHT TO POSSESSION OF ALL THOSE AREAS DEUNEATED AS "UMITED COMMON ELEMENTS" UPON FINAL MAP OF AMBER HILLS IIB, A COMMON INTEREST CONDOMINIUM DEVELOPMENT AS DEFINED IN THE DECLARATION.

FURTHER RESERVING THEREFROM FOR THE BENEFIT OF THE OWNERS OF ALL UNITS WITHIN FINAL MAP OF AMBER HILLS II-B, A COMMON INTEREST CONDOMINIUM DEVELOPMENT, (EXCEPT THE UNIT REFERRED TO IN PARCEL II, HEREIN) NONEXCLUSIVE EASEMENTS FOR INGRESS, EGRESS AND RECREATIONAL USE ON, OVER AND ACROSS THE COMMON ELEMENTS, AS PROVIDED FOR IN AND SUBJECT TO THE DECLARATION.

PARCEL II: (LIVING UNIT):
UNIT NO. ONE HUNDRED FORTY-SEVEN (147) IN BUILDING TWELVE (12), AS SHOWN UPON THE ABOVE REFERENCED PLAT.

PARCEL III (UMITED COMMON ELEMENTS

THE EXCLUSIVE RIGHT OF USE, POSSESSION, AND OCCUPANCY OF THOSE PORTIONS THE PROJECT DESIGNATED AS THOSE "UMITED COMMON ELEMENTS" (INCLUDING, BUT NOT UMITED TO DECK(S), LANDING(S)/STAIR(S), AND PARKING

SPACE(S) AS DEFINED IN AND SUBJECT TO THE DECLARATION), WHICH ARE APPURTENANT TO PARCELS I AND II DESCRIBED ABOVE.

PARCEL IV (APPURTENANT EASEMENTS):
A NON-EXCLUSIVE EASEMENT FOR INGRESS, EGRESS AND RECREATIONAL USE ON, OVER AND ACROSS THOSE PORTIONS OF FINAL, MAP OF AMBER HILLS IIB, A COMMON INTEREST CONDOMINIUM DEVELOPMENT. DELINEATED AS "PRIVATE DRIVES", "RECREATIONAL FACIUTIES" AND "COMMON ELEMENTS", AS DEFINED IN AND SUBJECT TO THE DECLARATION, WHICH EASEMENT IS APPURTENANT TO PARCELS I AND II.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that the Secured Creditor shall give Debtor at least seven business days' notice of the time, place and date of sale.

DATED this _____ day of _____ 2009

Submitted by:

**WILDE & ASSOCIATES**

By:___/s/Gregory L. Wilde, Esq____
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED / DISAPPROVED

By:_____
Longabaugh Law Offices
2245 C Renaissance Drive
Las Vegas, NV 89119
Attorney for Debtor(s)

Nevada Bar No:_____


APPROVED / DISAPPROVED

By:_____
Joseph B. Atkins
5030 Paradise Road #B-213
Las Vegas, NV 89119
Chapter 7 Trustee

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

___ The court waived the requirements of LR 9021.
___ No parties appeared or filed written objections, and there is no trustee appointed in the case.
___ No parties appeared or filed written objections, and the trustee is the movant.
_x_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
___ approved the form of this order          ___ disapproved the form of this order
___ waived the right to review the order and/or   _x_ failed to respond to the document
___ appeared at the hearing, waived the right to review the order
___ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
___ approved the form of this order          ___ disapproved the form of this order
___ waived the right to review the order and/or   _x_ failed to respond to the document

___ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
___ approved the form of this order          ___ disapproved the form of this order
___ waived the right to review the order and/or   ___ failed to respond to the document
___ appeared at the hearing, waived the right to review the order
___ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
___ approved the form of this order          ___ disapproved the form of this order
___ waived the right to review the order and/or   ___ failed to respond to the document

___ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor